UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>RANJIT BEDI</u>
                  **Plaintiff**

      V.

<u>HEWLETT-PACKARD CO. ET AL</u>
                  **Defendant**

CIVIL ACTION

NO. <u>07CV12318-RWZ</u>

## JUDGMENT

<u>ZOBEL, D. J.</u>

In accordance with the MEMORANDUM AND ORDER entered on 11/17/08. Judgment is entered for DEFENDANTS..

                                              By the Court,

<u>  11/17/08  </u>                            <u>s/ Lisa A. Urso  </u>
Date                                       Deputy Clerk